An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MGM MIRAGE DESIGN GROUP, A
NEVADA CORPORATION;
CITYCENTER LAND, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
CITYCENTER HARMON HOTEL
HOLDINGS, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
PERINI BUILDING COMPANY, INC.,
AN ARIZONA CORPORATION;
PACIFIC COAST STEEL; CENTURY
STEEL, INC.; AND CECO CONCRETE
CONSTRUCTION,
Real Parties in Interest.

No. 66930

FILED

JAN 0 2 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING EMERGENCY PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

On December 17, 2014, petitioners filed a notice of withdrawal of emergency petition, which we construe as a motion, indicating that the parties have reached a settlement of the underlying district court case and seeking to voluntarily withdraw the petition for a writ of mandamus or prohibition. Having considered the motion, we grant it and dismiss this petition. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, A.C.J.

15-00042

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Robertson & Associates, LLP
Greenberg Traurig, LLP/Las Vegas
Lee, Hernandez, Landrum, Garofalo
Hutchison & Steffen, LLC
Procopio, Cory, Hargreaves & Savitch, LLP/San Diego
Gordon & Rees, LLP
Procopio, Cory, Hargreaves & Savitch, LLP/Del Mar Heights
McDonald Carano Wilson LLP/Las Vegas
Martin & Allison, Ltd.
Castle & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A